883 A.2d 1056

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
RONALD CARRILLO, DEFENDANT–PETITIONER.

September 12, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

883 A.2d 1057

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. NEIL GRANT, PLAINTIFF–PETITIONER.

September 12, 2005.

ORDERED that the petition for certification is granted, limited solely to the issue of defendant's sentence, and in respect of that issue the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).